IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COUNTRY INNS & SUITES BY CARLSON, INC.,
a Minnesota Corporation,

          Plaintiff,

v.

FRY/LANIER PROPERTIES, LLC, a Wisconsin Limited Liability Company,
JOYCE M. FRY f/k/a JOYCE M. LANIER and DONALD L. FRY,
          Defendants.

ORDER

11-cv-801-wmc

---

Given that (1) a default was entered on August 16, 2012, because of defendants' failure to provide requested discovery or respond to the court's order warning of sanctions, including possible default pursuant to Rule 37(b)(2)(A); and (2) the defendants failed to object to plaintiff's motion for default judgment or supporting materials or to appear at the hearing on plaintiff's motion today:

Judgment is hereby entered in favor of plaintiff Country Inns & Suites by Carlson, Inc. and against defendants Fry-Lanier Properties, LLC and its personal juarantors, Joyce M. Fry f/k/a Joyce M. Lanier and Donald Fry, in the total amount of $362,930.28. As supported by the affidavits of Scott Meyer and Craig Miller, this amount consists of (1) past due royalty fees, marketing fees, reservation fees, and related fees of $175,810.95; (2) liquidated damages as specified by Article 17.4 of the License Agreement of $171,447.63; and (3) reasonable attorney's fees and costs of $15,671.70.

Entered this 5th day of September, 2012.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

1