IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COUNTRY INNS & SUITES BY
CARLSON, INC., a Minnesota corporation,

        Plaintiff,

v.

FRY / LANIER PROPERTIES, LLC, a
Wisconsin limited liability company,
JOYCE M. FRY f/k/a JOYCE M. LANIER
and DONALD L. FRY,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-801-wmc

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Country Inns & Suites by Carlson, Inc., a Minnesota corporation, against defendants Fry / Lanier Properties, LLC, and its personal guarantors, Joyce M. Fry f/k/a Joyce M. Lanier and Donald L. Fry, in the total amount of $362,930.28.

_____
Peter Oppeneer, Clerk of Court

9/13/12
Date